UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT SMITH
(DOC #109628)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-655-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 8, 2009 (doc. no. 11).  Petitioner filed an objection which essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) filed by petitioner, Robert Smith, should be DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this 25th day of June, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE